NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACK N. NICHOLS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3027

---

Petition for review of the Merit Systems Protection Board in case no. DA0831110519-I-1.

---

**ON MOTION**

---

**ORDER**

Jack N. Nichols moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JACK NICHOLS V. MSPB                                        2

                                   FOR THE COURT

                                   /s/ Jan Horbaly
                                   Jan Horbaly
                                   Clerk

s21